```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO on behalf of herself
and all others similarly situated,

           Plaintiffs,

-against-

MY RIDEMAKER, LLC.

           Defendant.

**MEMORANDUM ENDORSED**

Case No.  1:23-cv-51

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated:    Hicksville, New York
                October 5, 2023

                                            Respectfully Submitted,

                                            **/s/ Mars Khaimov**

                             By:    Mars Khaimov, Esq.
                                      100 Duffy Avenue, Suite 510
                                      Hicksville, New York 11801
                                        Tel (929) 324-0717
                                        Fax (929) 333-7774
                                        Email: mars@khaimovlaw.com
                                        *Attorney for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  October 6, 2023

                                            _____
                                                GREGORY H. WOODS
                                              United States District Judge